UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONA WEAKLY,<br><br>          Plaintiff,<br><br>   v.<br><br>NATIONAL CITY MORTGAGE CO., CAL-WESTERN RECONVEYANCE CORP., BANK OF AMERICA, ITS SUCCESSORS AND/OR ASSIGNS, and DOES 1-25, CORPORATE ROES 1-25, inclusive,<br><br>          Defendants. | Case No. EDCV 09-0083-VAP (RCx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

    Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiff's Complaint against Defendant Bank of America is DISMISSED WITHOUT PREJUDICE. The Court orders that such judgment be entered.

Dated: September 12, 2009

*Virginia A. Phillips*
VIRGINIA A. PHILLIPS
United States District Judge